UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISI

| | |
|---|---|
| HECTOR JAVIER REQUENA-VILLARREAL, § § Plaintiff, § VS. § DR. ALMEIDA, *et al.*, § § Defendants. § § | CIVIL ACTION NO. 1:17-CV-143 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 7, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 52) recommending that the case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that all pending motions be denied as moot.

Written objections were required to be filed by March 21, 2019. No party filed any objections.

After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that this case be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

**ORDERED** that all pending motions are **DENIED** as moot.

The Clerk of Court is directed to close this case.

SIGNED this 5th day of April, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge